# AFFIDAVIT OF SERVICE

United States District Court     For The Southern District Of New York

Case Number: 7888 CIV 2008

Plaintiff:
**Annette Smith**

vs.

Defendant:
**National Basketball Association Inc, and Bernard Tolbert**

Received these papers to be served on **Bernard Tolbert, 645 Fifth Avenue, New York, NY 10022.**

I, Jason Martinez, being duly sworn, depose and say that on the 16th day of September, 2008 at 4:30 pm, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons and Complaint** with Michelle Pujals for **Bernard Tolbert** at **645 Fifth Avenue, New York, NY 10022**, the said premises being the servee's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Summons and Complaint** in a postpaid envelope addressed to: **Bernard Tolbert** at **645 Fifth Avenue, New York, NY 10022** and bearing the words "Personal & Confidential" by First Class Mail on **9/17/2008** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** BASED UPON INQUIRY OF PARTY SERVED, DEFENDANT IS NOT IN THE MILITARY SERVICE OF THE UNITED STATES OF AMERICA NOR IN THE MILITARY OF ANY OTHER STATE OR COUNTRY.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 130, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Process Server in good standing.

_Jason Martinez_
Process Server

Subscribed and Sworn to before me on the 19th day of September, 2008 by the affiant who is personally known to me.

_NOTARY PUBLIC_

KEVIN JAY KOHN
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #02KO6181645
COMM. EXP. FEB. 4, 20 12

Our Job Serial Number: 2008000268

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

Dockets.Justia.com