# AFFIDAVIT OF SERVICE

**United States District Court**     **For The Southern District Of New York**

Case Number: 7888 CIV 2008

Plaintiff:
**Annette Smith**

vs.

Defendant:
**National Basketball Association, Inc. and Bernard Tolbert**

For:
Akin & Smith, LLC
305 Broadway, Suite 1101
New York, NY 10007

Received by LEGAL SYSTEMS PROCESS SERVICE, INC. to be served on **National Basketball Association, Inc., 645 Fifth Avenue, New York, NY 10022**.

I, Jason Martinez, being duly sworn, depose and say that on the 25th day of September, 2008 at 2:30 pm, I:

served a **CORPORATION** by delivering a true copy of the Summons and Complaint with the date and hour of service endorsed thereon by me, to: **Michele Pujals as Vp & Assistant General Counsel for National Basketball Association, Inc.**, at the address of: **645 Fifth Avenue, New York, NY 10022**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 130, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Process Server in good standing.

_____
Jason Martinez
Process Server

Subscribed and Sworn to before me on the 1st day of October, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
KEVIN JAY KOHN
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #02KO6181645
COMM. EXP. FEB. 4, 20[12]

**LEGAL SYSTEMS PROCESS SERVICE, INC.**
1200 Morris Park Avenue
Bronx, NY 10461
(718) 409-1200

Our Job Serial Number: 2008000269

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.2u

Dockets.Justia.com