PROSKAUER ROSE LLP
Howard L. Ganz (HG-8644)
Evandro C. Gigante (EG-7402)
1585 Broadway
New York, NY  10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANNETTE SMITH,                      :
                     Plaintiff,     :       08 Civ. 7888 (WHP)
                                    :       **ECF CASE**
     against                        :
                                    :
NATIONAL BASKETBALL ASSOCIATION,    :       **NOTICE OF APPEARANCE**
INC., and BERNARD TOLBERT           :
                                    :
                     Defendants.    :
------------------------------------X

To the Clerk of this Court and all parties of record:

      Please enter the appearance of Howard L. Ganz, Esq. of Proskauer Rose LLP as counsel of record in this case for defendants National Basketball Association, Inc., and Bernard Tolbert.

      I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        October 6, 2008

Respectfully submitted,

*/s/ Howard L. Ganz*
Howard L. Ganz
PROSKAUER ROSE LLP
1585 Broadway
New York, New York  10036
(212) 969-3065
hganz@proskauer.com
*Attorneys for Defendant*