PROSKAUER ROSE LLP
Howard L. Ganz (HG-8644)
Evandro C. Gigante (EG-7402)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANNETTE SMITH,                      :
               Plaintiff,    :    08 Civ. 7888 (WHP)
                                    :    **ECF CASE**
  against                           :
                                    :
NATIONAL BASKETBALL ASSOCIATION,    :    **NOTICE OF APPEARANCE**
INC., and BERNARD TOLBERT           :
                                    :
               Defendants.   :
------------------------------------X

To the Clerk of this Court and all parties of record:

      Please enter the appearance of Evandro C. Gigante, Esq. of Proskauer Rose LLP as counsel of record in this case for defendants National Basketball Association, Inc., and Bernard Tolbert.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 6, 2008

                              Respectfully submitted,

                              _____
                              Evandro C. Gigante
                              PROSKAUER ROSE LLP
                              1585 Broadway
                              New York, New York 10036
                              (212) 969-3065
                              egigante@proskauer.com
                              *Attorneys for Defendant*