PROSKAUER ROSE LLP
Howard L. Ganz (HG-8644)
Evandro C. Gigante (EG-7402)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ANNETTE SMITH,

          Plaintiff,

  against

NATIONAL BASKETBALL ASSOCIATION,
INC., and BERNARD TOLBERT

          Defendants.
------------------------------X

08 Civ. 7888 (WHP)(RLE)
**ECF CASE**

**STIPULATION AND
~~PROPOSED~~ ORDER**

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the parties in the above-captioned action, that the time within which Defendants National Basketball Association, Inc., and Bernard Tolbert (collectively, "Defendants") must answer, move against, or otherwise respond to the Complaint, is extended to and including November 10, 2008.

    IT IS FURTHER STIPULATED AND AGREED that Defendants waive the affirmative defense of lack of personal jurisdiction with respect to the Complaint.

    IT IS AGREED by the parties that a signed facsimile of this Stipulation shall be deemed the same as an original.

Dated: New York, New York
      October 6, 2008

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.
10/22/08

AKIN & SMITH LLC

*signature*

Derek T. Smith
305 Broadway, Suite 1101
New York, NY 10007
Phone: (212) 587-0760
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP

*signature*

Howard L. Ganz (HG-8644)
Evandro C. Gigante (EG-7402)
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000
*Attorneys for Defendants*

**SO ORDERED** this ___ day of _____, 2008

_____
HON. WILLIAM H. PAULEY, III