PROSKAUER ROSE LLP
Howard L. Ganz (HG-8644)
Evandro C. Gigante (EG-7402)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
Email: hganz@proskauer.com
          egigante@proskauer.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ANNETTE SMITH,                                        :
                                                                      :    08 Civ. 7888 (WHP)(RLE)
                     Plaintiff,                   :    **ECF CASE**
                                                                      :
  against                                                  :
                                                                      :    **RULE 7.1 DISCLOSURE**
NATIONAL BASKETBALL ASSOCIATION,     :    **STATEMENT**
INC., and BERNARD TOLBERT,                  :
                                                                      :
                  Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for Defendant National Basketball Association ("NBA"), improperly named as National Basketball Association, Inc., makes the following disclosures:

     The NBA is not owned by any parent corporation and the NBA has not issued any stock.

     The NBA is a private, joint venture of thirty (30) member teams. The following is a list of persons or entities that are or may be financially interested in the outcome of this litigation:

        1.  Dallas Basketball Limited

        2.  Atlanta Hawks, LP

3. Time Warner Inc.

4. Banner Seventeen LLC

5. Bobcats Basketball, LLC

6. Bank of America Corp.

7. Wachovia Corp.

8. Chicago Professional Sports Limited Partnership

9. Cavaliers Operating Company, LLC

10. The Denver Nuggets Limited Partnership

11. Detroit Pistons Basketball Company

12. Golden State Warriors, LLC

13. Rocket Ball, Ltd.

14. Pacers Basketball Corporation

15. LAC Basketball Club, Inc.

16. The Los Angeles Lakers, Inc.

17. Hoops, L.P.

18. The Miami Heat Limited Partnership

19. Milwaukee Bucks, Inc.

20. Minnesota Timberwolves Basketball Limited Partnership

21. New Jersey Basketball, LLC

22. Forest City Enterprises, Inc.

23. New Orleans NBA Limited Partnership

24. Madison Square Garden, L.P.

25. Cablevision Systems Corp.

26. Legg Mason, Inc.

27. GAMCO Investors, Inc.

28. Orlando Magic, Ltd.

29. Philadelphia 76ers L.P.

30. Comcast Corporation

31. Suns Legacy Partners, L.L.C.

32. Trail Blazers, Inc.

33. Sacramento Kings Limited Partnership, LP

34. San Antonio Spurs, L.L.C.

35. Clear Channel Communications Inc.

36. International Bancshares Corp.

37. AT&T Inc.

38. Valero Energy Corp.

39. The Professional Basketball Club, LLC

40. Maple Leaf Sports & Entertainment Ltd.

41. Toronto-Dominion Bank

42. Jazz Basketball Investors, Inc.

43. Washington Bullets, L.P.

Dated: New York, New York
November 10, 2008

                                          PROSKAUER ROSE LLP

                                          */s/ Howard L. Ganz*
                                          Howard L. Ganz (HG-8644)
                                          Evandro C. Gigante (EG-7402)
                                          1585 Broadway
                                          New York, NY 10036-8299
                                          Phone: (212) 969-3000
                                          Email: hganz@proskauer.com
                                                      egigante@proskauer.com
                                          *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

    I hereby certify that, on November 10, 2008, I caused to be served the foregoing Rule 7.1 Disclosure Statement by ECF upon the Court and on the following counsel for plaintiff via UPS Overnight Delivery:

                          Derek T. Smith, Esq.
                          AKIN & SMITH LLC
                          305 Broadway, Suite 1101
                          New York, NY 10007
                          Phone: (212) 587-0760
                          *Attorneys for Plaintiff*

                                              _____
                                              Evandro C. Gigante