```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :                1/21/09
ANNETTE SMITH,
                                 :
            Plaintiff,                      08 Civ. 7888 (WHP)
                                 :
      -against-                             SCHEDULING ORDER
                                 :
NATIONAL BASKETBALL
ASSOCIATION INC. and BERNARD     :
TOLBERT,
                                 :
            Defendants.
                                 :
-------------------------------- X
```

WILLIAM H. PAULEY III, District Judge:

    The parties having appeared for a conference on January 16, 2009, the following schedule is established on consent:

    1. All fact discovery shall be complete by May 15, 2009;

    2. The parties shall file a joint pre-trial order in accord with this Court's individual practices by June 15, 2009; and

    3. This Court will hold a final pre-trial conference on June 19, 2009 at 10:30 a.m.

Dated: January 16, 2009
   New York, New York

            SO ORDERED:

            _____
            WILLIAM H. PAULEY III
            U.S.D.J.

*Counsel of Record:*

Ismail S. Sekendiz, Esq.
Akin & Smith, LLC
305 Broadway, Suite 1101
New York, NY 10007
*Counsel for Plaintiff*

Evandro Cristiano Gigante, Esq.
Howard L. Ganz, Esq.
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036
*Counsel for Defendants*