```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANNETTE SMITH,                       :
                                     :    08 Civ. 7888 (WHP)(RLE)
                Plaintiff,           :    ECF CASE
                                     :
        against                      :
                                     :    **PROPOSED REVISED**
NATIONAL BASKETBALL ASSOCIATION,     :    **SCHEDULING ORDER**
INC., and BERNARD TOLBERT,           :
                                     :
                Defendants.          :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/09

WILLIAM H. PAULEY III, District Judge:

The following revised scheduling order is established on consent of the parties:

1. All fact discovery shall be complete by May 29, 2009;

2. The parties shall file a joint pre-trial order in accordance with this Court's individual practices by June 29, 2009; and

3. This Court will hold a final pre-trial conference on July 13, 2009 at 10:30 a.m.

Dated: New York, New York
       May ___, 2009

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.