

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                              :
ANNETTE SMITH,                                                :
                                                              :
                          Plaintiff,                          :     08 Civ. 7888 (WHP)
                                                              :
          -against-                                           :     SCHEDULING ORDER No. 2
                                                              :
NATIONAL BASKETBALL                                           :
ASSOCIATION INC. and BERNARD                                  :
TOLBERT,                                                      :
                                                              :
                          Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a conference on June 29, 2009, the following schedule is established on consent:

1. Defendants shall file and serve their motion for summary judgment by July 29, 2009;

2. Plaintiff shall file and serve her opposition to the motion by August 28, 2009;

3. Defendants shall file and serve their reply on the motion by September 10, 2009; and

4. This Court will hold oral argument on the motion on September 25, 2009 at 10:15 a.m.

Dated: June 29, 2009
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                          U.S.D.J.

*Counsel of Record:*

Ismail S. Sekendiz, Esq.
Akin & Smith, LLC
305 Broadway, Suite 1101
New York, NY 10007
*Counsel for Plaintiff*

Evandro Cristiano Gigante, Esq.
Howard L. Ganz, Esq.
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036
*Counsel for Defendants*