PROSKAUER ROSE LLP
Howard L. Ganz (HG-8644)
Evandro C. Gigante (EG-7402)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
Email: hganz@proskauer.com
            egigante@proskauer.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANNETTE SMITH,                                    :
                                                  :        08 Civ. 7888 (WHP)(RLE)
                    Plaintiff,                    :
                                                  :
         against                                  :        **ECF CASE**
                                                  :
NATIONAL BASKETBALL ASSOCIATION,                  :        **NOTICE OF MOTION FOR**
INC., and BERNARD TOLBERT,                        :        **SUMMARY JUDGMENT**
                                                  :
                    Defendants.                   :
------------------------------------X

PLEASE TAKE NOTICE that, upon the annexed declaration of Howard L. Ganz, Esq., and the exhibits attached thereto, the Memorandum of Law In Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Material Undisputed Facts Pursuant to Local Rule 56.1, and all prior proceedings in this action, Defendants National Basketball Association (incorrectly identified as "National Basketball Association, Inc.") and Bernard Tolbert (collectively "Defendants") will move this Court, before the Honorable William H. Pauley III, at the United States District Court House, 500 Pearl Street, New York, NY 10007, on September 25, 2009 for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure (i) dismissing Plaintiff's Complaint in its entirety on the grounds that there is no genuine issue as to any

material fact and that Defendants are entitled to judgment as a matter of law; and (ii) awarding Defendants such other relief as the Court may deem just and proper.

Dated: July 29, 2009
      New York, New York

                       PROSKAUER ROSE LLP

                       By: *Howard L. Ganz*
                          Howard L. Ganz (HG-8644)
                          Evandro C. Gigante (EG-7402)
                          1585 Broadway
                          New York, NY 10036-8299
                          Telephone: 212.969.3000
                          Fax: 212.969.2900
                          E-mail: hganz@proskauer.com
                                          egigante@proskauer.com
                          *Attorneys For Defendants*

TO:   AKIN & SMITH, LLC
        Derek T. Smith, Esq.
        305 Broadway - Suite 1101
        New York, New York 10007
        Telephone: 212.587.0760
        Fax: 212.587.4169
        E-mail: dtslaws@msn.com
        *Attorney for Plaintiff*