UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
ANNETTE SMITH,                         :
                                       :    08 Civ. 7888 (WHP)(RLE)
           Plaintiff,                  :
                                       :
     against                           :    **ECF CASE**
                                       :
NATIONAL BASKETBALL ASSOCIATION,       :    **CERTIFICATE OF SERVICE**
INC., and BERNARD TOLBERT,             :
                                       :
           Defendants.                 :
------------------------------------- X

      I hereby certify that on the 29th day of July, 2009 I caused to be served the foregoing (1) Notice of Motion for Summary Judgment; (2) Defendants' Statement of Material Undisputed Facts Pursuant to Local Civil Rule 56.1; (3) Defendants' Memorandum of Law in Support of Motion for Summary Judgment; (4) Declaration of Howard L. Ganz, Esq., including the exhibits attached thereto, on counsel for Plaintiff Annette Smith by United Parcel Service Overnight Delivery at the following address:

           Derek T. Smith, Esq.
           AKIN & SMITH, LLC
           305 Broadway - Suite 1101
           New York, New York 10007
           *Attorneys for Plaintiff*

Dated: July 29, 2009
      New York, New York

                                      _____
                                      Evandro C. Gigante
                                      PROSKAUER ROSE LLP
                                      1585 Broadway
                                      New York, New York 10036
                                      Phone: (212) 969-3000
                                      Fax: (212) 969-2900
                                      Email: egigante@proskauer.com
                                      *Attorneys for Defendants*