Smith v. National Basketball Association, Inc. et al | Doc. 23

PROSKAUER ROSE LLP
Howard L. Ganz (HG-8644)
Evandro C. Gigante (EG-7402)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
Email: hganz@proskauer.com
        egigante@proskauer.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
ANNETTE SMITH,                       :
                                     :   08 Civ. 7888 (WHP)(RLE)
            Plaintiff,               :
                                     :
    against                          :   **ECF CASE**
                                     :
NATIONAL BASKETBALL ASSOCIATION,     :   **REPLY DECLARATION OF**
INC., and BERNARD TOLBERT,           :   **HOWARD L. GANZ, ESQ.**
                                     :
            Defendants.              :
----------------------------------- X

I, Howard L. Ganz, Esq., declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney with the law firm of Proskauer Rose LLP, attorneys for Defendants National Basketball Association ("NBA"; incorrectly identified as "National Basketball Association, Inc.") and Bernard Tolbert (collectively "Defendants") in the above-captioned action. I am fully familiar with the facts set forth herein. I submit this Reply Declaration in further support of Defendants' Motion for Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of transcript pages from the deposition of Plaintiff Annette Smith, taken by Defendants on April 21, 2009.

Dockets.Justia.com

3. Attached hereto as Exhibit B is a true and correct copy of transcript pages from the deposition of Bernard Tolbert, taken by Plaintiff on May 8, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of transcript pages from the deposition of Warren Glover, taken by Plaintiff on May 27, 2009.

5. Attached hereto as Exhibit D is a true and correct copy of transcript pages from the deposition of Kelley Hardwick, taken by Plaintiff on May 27, 2009.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: September 10, 2009
New York, New York

By: /s/ Howard L. Ganz
Howard L. Ganz (HG-8644)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: 212.969.3000
Fax: 212.969.2900
E-mail: hganz@proskauer.com
*Attorneys For Defendants*