UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
ANNETTE SMITH,     :

                       :     08 Civ. 7888 (WHP)(RLE)

         Plaintiff,     :

    against     :     **ECF CASE**

                       :

NATIONAL BASKETBALL ASSOCIATION,     :     **CERTIFICATE OF SERVICE**
INC., and BERNARD TOLBERT,

         Defendants.     :
------------------------------------ X

       I hereby certify that on the 10th day of September, 2009 I caused to be served the foregoing (1) Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment and (2) Reply Declaration of Howard L. Ganz, Esq, including the exhibits attached thereto, on counsel for Plaintiff Annette Smith by United Parcel Service Overnight Delivery at the following address:

         Derek T. Smith, Esq.
         AKIN & SMITH, LLC
         305 Broadway - Suite 1101
         New York, New York 10007
         *Attorneys for Plaintiff*

Dated: September 10, 2009
        New York, New York

                                         /s/ Evandro C. Gigante
                                         Evandro C. Gigante
                                         PROSKAUER ROSE LLP
                                         1585 Broadway
                                         New York, New York 10036
                                         Phone: (212) 969-3000
                                         Fax: (212) 969-2900
                                         Email: egigante@proskauer.com
                                         *Attorneys for Defendants*