

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/09

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X
ANNETTE SMITH,

    Plaintiff,

 against

NATIONAL BASKETBALL ASSOCIATION,
INC., and BERNARD TOLBERT

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 7888 (WHP)(RLE)
ECF CASE

STIPULATION OF DISMISSAL
WITH PREJUDICE

RECEIVED
NOV 9 2009
CHAMBERS OF
WILLIAM H. PAULEY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the above-captioned action be, and the same hereby is dismissed in its entirety with prejudice and without attorneys' fees, costs or disbursements to either party.

IT IS AGREED by the parties that a signed facsimile of this Stipulation shall be deemed the same as an original.

Dated: New York, New York
   October 19, 2009

AKIN & SMITH LLC

_____
Derek T. Smith
305 Broadway, Suite 1101
New York, NY 10007
Phone: (212) 587-0760
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP

_____
Howard L. Ganz (HG-8644)
Evandro C. Gigante (EG-7402)
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000
*Attorneys for Defendants*

**SO ORDERED** this ___ day of _____, 2009

_____
HON. WILLIAM H. PAULEY, III